FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| VIOLETT BRATTON, o.b.o., COREY B., deceased,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-CV-3218-JTR<br><br>ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY |

**BEFORE THE COURT** is Plaintiff counsel's motion for substitution of party. ECF No. 21. Counsel requests that the Court substitute Violett Bratton as the Plaintiff in this action in place of her deceased husband, Cory B., the currently named plaintiff. ECF No. 21.

Plaintiff filed this disability appeal case on December 22, 2017. ECF No. 1, 4. The declaration of Violett Bratton indicates Cory B. died on April 11, 2018. ECF No. 22 ¶ 2. If a claimant dies before receiving disability benefits to which he or she is entitled, the claimant's surviving spouse becomes the real party in interest. 20 C.F.R. § 404.503(b). Violett Bratton is the surviving spouse of Cory B. ECF No. 22 ¶ 1.

ORDER . . . - 1

Based on the foregoing, Plaintiff's motion for substitution of party, **ECF No. 21**, is **GRANTED**. All future pleading shall reflect the Plaintiff of this case as follows: **VIOLETT BRATTON, o.b.o., COREY B., deceased**.

**IT IS SO ORDERED**. The Clerk of the Court is directed to enter this order, furnish copies to counsel, and **AMEND** the docket to reflect Plaintiff as VIOLETT BRATTON, o.b.o., COREY B., deceased.

DATED August 10, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2